## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Bridgeforth, Maxine | Case Number: 07 B 05431 |
| | Judge: Hollis, Pamela S |
| Printed: 1/8/08 | Filed: 3/27/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed: October 1, 2007

Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,581.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 1,581.00 |
| Totals: | 1,581.00 | 1,581.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 2. | Chase Home Finance | Secured | 11,111.84 | 0.00 |
| 3. | Household Bank (SB) N A | Unsecured | 274.14 | 0.00 |
| 4. | B-Real LLC | Unsecured | 4,584.15 | 0.00 |
| 5. | Capital One | Unsecured | 3,466.09 | 0.00 |
| 6. | T Mobile USA | Unsecured | 485.70 | 0.00 |
| 7. | RoundUp Funding LLC | Unsecured | 622.70 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 926.09 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 263.85 | 0.00 |
| 10. | Banco Popular | Secured | | No Claim Filed |
| 11. | First Revenue Assurance | Unsecured | | No Claim Filed |
| 12. | Charter One Auto Finance | Unsecured | | No Claim Filed |
| 13. | HSBC Bank USA | Unsecured | | No Claim Filed |
| 14. | National Action Financial Services | Unsecured | | No Claim Filed |
| 15. | Sears Roebuck & Co | Unsecured | | No Claim Filed |
| | | | $ 21,734.56 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Bridgeforth, Maxine

Printed:  1/8/08

Case Number:  07 B 05431

Judge:  Hollis, Pamela S

Filed:  3/27/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

